```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 10312
   BRIAN NEAL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4638

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/08/2007 and was confirmed 07/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ARGENT HEALTHCARE FIN    UNSECURED       NOT FILED            .00           .00
NIPSCO                   NOTICE ONLY     NOT FILED            .00           .00
CAPITAL ONE              UNSECURED          458.37            .00           .00
CHARTER ONE BANK         UNSECURED       NOT FILED            .00           .00
CHARTER ONE BANK         NOTICE ONLY     NOT FILED            .00           .00
TELECHECK                NOTICE ONLY     NOT FILED            .00           .00
CITY OF CHICAGO PARKING  UNSECURED         5310.00            .00           .00
CITY OF CHICAGO BUREAU P NOTICE ONLY     NOT FILED            .00           .00
CITY OF CHICAGO BUREAU P NOTICE ONLY     NOT FILED            .00           .00
COMMONWEALTH EDISON      UNSECURED          601.38            .00           .00
TORRES CREDIT SERVICES   NOTICE ONLY     NOT FILED            .00           .00
COMCAST                  UNSECURED       NOT FILED            .00           .00
COMCAST                  NOTICE ONLY     NOT FILED            .00           .00
ETA FIRST FUNDING        UNSECURED         7836.47            .00           .00
FIRST PREIMER BANK       UNSECURED       NOT FILED            .00           .00
FIRST PREMIER            NOTICE ONLY     NOT FILED            .00           .00
FIRST PREMIER            NOTICE ONLY     NOT FILED            .00           .00
GEMB/ MONTGOMERY WARD    UNSECURED       NOT FILED            .00           .00
MONTGOMERY WARD          NOTICE ONLY     NOT FILED            .00           .00
JEREK JAMISON            UNSECURED       NOT FILED            .00           .00
MIDLAND FINANCE          UNSECURED       NOT FILED            .00           .00
KEITH S SHINDLER         NOTICE ONLY     NOT FILED            .00           .00
AT & T BANKRUPCTY        UNSECURED       NOT FILED            .00           .00
AT & T BANKRUPCTY        NOTICE ONLY     NOT FILED            .00           .00
SBC                      NOTICE ONLY     NOT FILED            .00           .00
TRINITY HOSPITAL         UNSECURED       NOT FILED            .00           .00
VILLAGE OF CALUMET PARK  UNSECURED       NOT FILED            .00           .00
VILLAGE OF CALUMET PARK  UNSECURED          250.00            .00           .00
NIPSCO                   UNSECURED          552.46            .00           .00
SPRINT BANKRUPTCY        UNSECURED          846.19            .00           .00
GLEASON & MACMASTER      DEBTOR ATTY     2,499.00                         986.18
TOM VAUGHN               TRUSTEE                                           70.82
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10312 BRIAN NEAL

```
DEBTOR REFUND           REFUND                                              .00

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                 1,057.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     986.18
TRUSTEE COMPENSATION                                70.82
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                  1,057.00            1,057.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


      Dated: 07/22/08                /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE